**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DARNELL RILEY,                          )      NO. CV 10-8283-AG(E)
                                        )
            Petitioner,                 )
                                        )
     v.                                 )            JUDGMENT
                                        )
JAMES HARTLEY (Warden),                 )
                                        )
            Respondent.                 )
                                        )
_____)


     Pursuant to the Order Adopting Findings, Conclusions and

Recommendations of United States Magistrate Judge,


     IT IS ADJUDGED that the Petition is denied and dismissed with

prejudice.


          DATED: May 30, 2011.



                                   _____
                                        ANDREW J. GUILFORD
                                   UNITED STATES DISTRICT JUDGE